In the Matter of the Judicial Settlement of the Estate of CHRIST VLAHOS, and the Appointment of Trustees of Said Estate.— Decree modified upon the facts, by adding thereto after the word " dismissed " the following: " without prejudice to a proceeding to remove the trustees on the objections made in this proceeding, and any further objections appellant may have, if the antagonistic attitude and actions of the trustees be continued," and as modified affirmed, with costs to appellant, payable from the amount reserved to the executors upon the judicial settlement for the payment of expenses of the appeals. All concur. (The decree dismisses the objections to the appointment of James Vlahos and James Revelis as trustees of the estate of decedent, and directs the issue of letters of trusteeship to them.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ. [See post, p. 946.]

In the Matter of the Judicial Settlement of the Estate of CHRIST VLAHOS, Deceased.— Decree so far as appealed from modified upon the law and facts, by reducing the amount directed to be held by the executors to meet the expenses of the appeals herein, from $6,000 to $3,000; further modified by striking therefrom the judgment that Calliroy Vlahos, widow of the deceased, is indebted to the estate of Christ Vlahos, deceased, in the sum of $3,000, with interest from January 1, 1936, at the rate of six per cent per annum, being a total sum of $3,727.50, and further modified by striking therefrom the portion of said decree which directs that Calliroy Vlahos shall pay said indebtedness, less some credits, to the executors of the estate of Christ Vlahos, deceased, to become a part of the trust estate, and as modified affirmed, with costs to the appellant, payable from the amount reserved to the executors for the payment of the legal expenses of the appeals. Certain findings of fact disapproved and reversed and new findings of fact made. All concur. (The portion of the decree appealed from settles the accounts of the executors and discharges the executors from their duties.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ. [See post, p. 946.]

SAMUEL DiSIMONE, by JULIAN DiSIMONE, His Guardian ad Litem, Appellant, v. MICHAEL DiSIMONE, Respondent.— Judgment affirmed, with costs. All concur, except Dowling and Harris, JJ., who dissent and vote for reversal and for granting a new trial. (The judgment dismisses the complaint in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

IRVING LESSEN, Respondent, v. DOMESTIC FINANCE CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to set aside the service of the summons and complaint in an action against a foreign corporation for legal services.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.